998 So.2d 320 (2008)
W. Gregory BAKER, et al.
v.
Chris VERRET, et al.
Nos. CA 08-356.
Court of Appeal of Louisiana, Third Circuit.
November 19, 2008.
Steven Gerald Durio, Durio, McGoffin, etc., Lafayette, LA, for Defendants/Appellees, Donald J. Baker, Kirby Pecot, Andrew B. Jameson, Max Luttgeharm, M.L. Godley, M.D.
Robert A. Kutcher, Chopin, Wagar, Cole, et al, Metairie, LA, for Defendant/Appellant, Copeland's of New Orleans, Inc.
William H. Parker, III, Allen & Gooch P.O., Lafayette, LA, for Defendants/Appellants, Nawlins Kajun Food L.L.C., BCM L.L.C.
Louis Benedict Viviano, Attorney at Law, Opelousas, LA, for Defendant/Appellee, Louis B. Viviano.
George Allen Walsh, Alice F. Estill, Attorneys at Law, Baton Rouge, LA, for Plaintiffs/Appellees, Vikki Lynn Baiers, W. Gregory Baker.
Nicole Sophia Tygier, Chopin, Wagar, Cole, et al, Metairie, LA, for Defendant/Appellant, Copeland's of New Orleans, Inc.
Robert Louis Broussard, Durio, McGoffin, Stagg, Lafayette, LA, for Defendant/Appellee, Donald J. Baker.
Alice F. Estill, Attorney at Law, Baton Rouge, LA for Plaintiffs/Appellees, W. Gregory Baker, Vikki Lynn Baiers.
Jessica Watts Farmer, Durio, McGoffin, Lafayette, LA for Defendants/Appellees, Max Luttgeharm, Donald J. Baker, Andrew B. Jameson, M.L. Godley, M.D., Kirby Pecot.
Court composed of SYLVIA R. COOKS, MICHAEL G. SULLIVAN, and BILLY HOWARD EZELL, Judges.
EZELL, Judge.
For the reasons expressed in the consolidated case of 08-355, Walter A. Glod, Jr., M.D. v. W. Gregory Baker, et al., (11/19/08), ___ So.2d ___, the judgment of the trial court is affirmed, costs of this appeal are split half to the Copeland parties and half to BCM and Nawlins.
AFFIRMED.